IN THE MATTER OF DAVID SCHNEIDER, AN ATTORNEY
AT LAW.

Argued January 28, 1957.

For the order: *Mr. John M. Mackenzie.*

For the respondent: *Mr. Joseph J. Bedell.*

January 28, 1957. Name of respondent stricken from the roll of attorneys at law.